Arlene J. HOFFMAN, Plaintiff–
Appellant,

v.

James E. OESTERREICHER, President
of J.C. Penney Company, Incorporat-
ed; Equal Employment Opportunity
Commission; J.C. Penney Company,
Incorporated, Defendants–Appellees.

No. 02–1280.

United States Court of Appeals,
Fourth Circuit.

Submitted July 25, 2002.

Decided July 31, 2002.

Arlene J. Hoffman, Appellant Pro Se.
Celeste deLorge Flippen, J.C. Penney
Company, Incorporated, Plano, Texas;
Claude David Convisser, Alexandria, Virgi-
nia, for Appellees.

Before WILKINS, MOTZ, and
TRAXLER, Circuit Judges.

PER CURIAM.

Arlene J. Hoffman appeals the district
court's order dismissing her civil action
without prejudice. We have reviewed the
record and the district court's opinion and
find no reversible error. Accordingly, we
affirm on the reasoning of the district
court. See Hoffman v. Oesterreicher, No.
CA–01–1532 A (E.D. Va. filed Feb. 7, 2002
& entered Feb. 8, 2002). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

AFFIRMED.